UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL
NO. 9 PAINTING INDUSTRY INSURANCE
FUND, et al.,

                                                 ORDER
                       Plaintiffs,

v.                                             7:20-CV-02387 (PMH)

JACKSON INSTALLATION LLC,

                     Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Before the Court can sign Plaintiffs' Order to Show Cause, the Court directs Plaintiff to file, by May 29, 2020, an affidavit in support of Plaintiffs' Order to Show Cause from an affiant who has personal knowledge of the facts set forth in Dana L. Henke's Declaration (Doc. 11) including personal knowledge of the collective bargaining agreements at issue and the computation of damages. Plaintiffs shall also re-file the Proposed Order to Show Cause (Doc. 10) to include the affidavit to be filed pursuant hereto.

                                            **SO ORDERED.**

Dated:  New York, New York
           May 19, 2020

                                          Philip M. Halpern
                                          United States District Judge